UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK MCCLOUD,

               Plaintiff,

  v.

OFC. MOSELY, DR. VONN, PIERCE COUNTY MEDICAL DEPT., ST. JOSEPH HOSPITAL X-RAY DEPT., DOC SHELTON (WCC) MEDICAL DEPT.,

               Defendants.

No. C13-5675 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is **Dismissed Without Prejudice** prior to service for failure to state a claim**.**

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 1st day of November, 2013.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1